UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES DARBY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13900** |
| **DARREL VANNOY, WARDEN** | **SECTION: "J"(5)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 14), and Plaintiff's objection (Rec. Doc. 15), which the Court finds to be without merit, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that James Darby's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of September, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE